## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**ZENOBIA WISE-SENIOR,**

          Plaintiff,

    **v.**

                                             Action No. **2:16cv595**

**ANTHEM INC.,** *et al.,*

          Defendant.


### JUDGMENT IN A CIVIL CASE


**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, ECF No. 4, is GRANTED.


DATED: 4/7/2017                        FERNANDO GALINDO, Clerk


                                       By_____/s/_____
                                       E. Price, Deputy Clerk